IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE FLACK (BECK),<br><br>Plaintiff,<br><br>v.<br><br>THE STANDARD FIRE INSURANCE COMPANY,<br><br>Defendant. | No. 2:24-cv-132-JCC<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO EXTEND ANSWER DEADLINE BY 20 DAYS |

Having considered the Parties' Stipulated Motion to Extend Defendant's Deadline to Answer Plaintiff's Complaint by Twenty (20) Days, as well as the records and pleadings already on file, it is hereby ORDERED that Defendant The Standard Fire Insurance Company's deadline to file an Answer to Plaintiff's Complaint is extended by twenty (20) days from the current date of February 9, 2024 to February 29, 2024.

DATED February 12, 2024.

*/s/ John C. Coughenour*

_____
Honorable John C. Coughenour
United States District Judge

[~~PROPOSED~~] ORDER GRANTING STIPULATED
MOTION TO EXTEND BY 20 DAYS – 1
2:24-cv-132-JCC

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1
2  Presented by:

3  LETHER LAW GROUP

4  */s/Thomas Lether*
   Thomas Lether, WSBA #18089
   1848 Westlake Avenue N, Suite 100
5  Seattle, WA 98109
   P: (206) 467-5444/F: (206) 467-5544
6  tlether@letherlaw.com
   *Counsel for Defendant The Standard Fire*
7  *Insurance Company*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

[~~PROPOSED~~] ORDER GRANTING STIPULATED
MOTION TO EXTEND BY 20 DAYS – 2
2:24-cv-132-JCC

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544